UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

CASE NO.: 1:19-cv-05053-JPH-MJD

**DIANE GONZALEZ**,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

**ANTHEM INSURANCE COMPANIES, INC.**,

    Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

> The Court acknowledges the Joint Stipulation of Dismissal with Prejudice, dkt. 9.
> JPH, 3/26/2020
> Distribution via ECF.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff Diane Gonzalez and Defendant, Anthem Insurance Companies, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and costs.

Date: March 5, 2020

    Respectfully submitted,

| **EISENBAND LAW, P.A.** | **TROUTMAN SANDERS** |
|---|---|
| */s/ Michael Eisenband*<br>Michael Eisenband<br>Florida Bar No. 94235<br>Eisenband Law P.A.<br>515 E. Las Olas Blvd., Suite 120<br>Ft. Lauderdale, Florida 33301<br>Tel: 954-533-4092 E-mail:<br>Meisenband@Eisenbandlaw.com<br><br>*Attorney for Plaintiff* | /s/*Chad R. Fuller*<br>Chad R. Fuller<br>California Bar No. 190830<br>Troutman Sanders LLP<br>11682 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Tel: 858-652-6000 Email:<br>Chad.fuller@troutman.com<br><br>*Attorneys for Defendant* |

41569267v1